BENJAMIN B. WAGNER
United States Attorney
KIMBERLY A. SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone:  (559) 497-4000
Facsimile:   (559) 497-4099


Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br><br>                 v.<br><br>ARTHUR MENDOZA GONZALEZ,<br><br>                          Defendant. | CASE NO.  1:12-MJ-00263 DLB<br><br> ORDER ON GOVERNMENT'S MOTION TO DISMISS<br>(Fed. R. Crim. P.  48(a)) |

IT IS HEREBY ORDERED that the complaint in the above-entitled case be dismissed as to

Arthur Mendoza Gonzalez without prejudice.


IT IS SO ORDERED.

Dated:   **September 5, 2014**           _____
                                                              UNITED STATES MAGISTRATE JUDGE

1